No. 81–5618.  MONTGOMERY v. HARGREAVES, CIRCUIT JUDGE OF OREGON FOR THE COUNTY OF LANE.  Sup. Ct. Ore.  Certiorari denied.

No. 81–5619.  MASSENGALE, EXECUTOR v. INTERNAL REVENUE SERVICE ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 81–5620.  GATES v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 81–5650.  YOUNG v. RALSTON, WARDEN, ET AL. C. A. 8th Cir.  Certiorari denied.

No. 81–5686.  ANDERSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 81–5701.  FRANK v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 81–5705.  GREEN v. CLEMMONS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 81–5727.  BROWN v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 81–5728.  DONDICH v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–5730.  COLMENARES-HERNANDEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 81–5741.  JACKSON v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 81–5743.  GREER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.